UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TINA HEBERT

VERSUS

THE COCA-COLA COMPANY

CIVIL ACTION

NUMBER 07-920-RET-SCR

## ORDER TO FILE MEMORANDUM

The court questions whether subject matter jurisdiction exists in this case under 28 U.S.C. § 1332.  It is not facially apparent from the plaintiff's Petition for Damages that the amount in controversy required by § 1332 is present, and the defendant's Notice of Removal added no additional facts regarding the plaintiff's alleged injury or damages.  Additionally, counsel for the plaintiff filed a Stipulation limiting the plaintiff's damages to $25,000.[1]

Therefore;

IT IS ORDERED that by May 30, 2008 defendant The Coca-Cola Company shall file a memorandum addressing the factual and legal basis for the court to exercise jurisdiction under § 1332, particularly whether the plaintiff's claims and damages satisfy amount in controversy required by § 1332.  Plaintiff shall then

---

[1] Record document number 6.  The Stipulation is not signed by the plaintiff herself.

have until June 12, 2008 to file a response.

Baton Rouge, Louisiana, May 19, 2008.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE